UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | 2:20-CV-04192-ODW (Ex) | Date | August 18, 2020 |
|---|---|---|---|
| Title | *Elsie Montano v. ABM Industry Groups, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**           **In Chambers**

   In light of the parties' recent Joint Notice of Settlement (ECF No. 30), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, no later than **October 16, 2020**, why settlement has not been finalized. **No hearing will be held.** All other dates and deadlines in this action are **VACATED** and taken off calendar, including the Scheduling Conference on August 24, 2020. The Motion for Judgment on the Pleadings (ECF No. 13) and the Motion to Remand (ECF No. 22) are **DENIED** as **MOOT**. The Court will discharge this order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41. Failure to timely respond to this order will result in dismissal of the action.

   **IT IS SO ORDERED.**

                                                                            :   00
                                              Initials of Preparer    SE